# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

**FILED**
2004 DEC -8 A 8 53
U.S. BANKRUPTCY COURT
AUGUSTA, GA

**DEBTOR(S)**

**ELLIOTT, JONATHAN**

**CASE NO.: 04-13683-JSD**

### TRUSTEE'S REPORT OF INVENTORY OF DEBTOR; REPORT OF ABANDONMENT OF PROPERTY; AND REPORT OF NO DISTRIBUTION

| Item | EQUITY | VALUE | EXEMPT | ABANDONED |
|---|---|---|---|---|
| Real Estate | | 0.00 | | |
| Cash on Hand | | 20.00 | 20.00 | |
| Deposits | | 1162.00 | 1162.00 | |
| Household Goods | | 1000.00 | 1000.00 | |
| Books/Pictures | | | | |
| Wearing Apparel | | 350.00 | 350.00 | |
| Furs/Jewelry | | 500.00 | 500.00 | |
| Firearms/Sports | | 700.00 | 700.00 | |
| Insurance Pol | | | | |
| Pension/Retir. | | | | |
| Stocks/Bonds | | | | |
| Automobiles | | | | |
| 2004 Acura | 0.00 | | | |
| 1988 Chevrolet | | 1500.00 | 1500.00 | |
| Mobile Homes | | | | |
| Boats/Acces. | | | | |
| Office Equip. | | | | |
| Machinery/Equip | | | | |
| Inventory | | | | |
| Farm Equip. | | | | |
| 2000 Mitsubishi | 0.00 | | | |
| Kawasaki | 0.00 | | | |

Comments: _____

NOW COMES A. Stephenson Wallace, P.O. Box 14308, Augusta, GA 30919, Trustee of the estate of the above-named Debtor(s) and reports that he has neither received and property nor paid any money on account of the estate except exempt property; he has made diligent inquiry into the whereabouts of property belonging to the estate; and there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBR 5009, he certifies that the estate of the above-named Debtor(s) has been fully administered.

The Trustee requests that this report be approved, and that he be discharged from any further duties as trustee in the above-styled matter.

Dated: 11/10/04

A. STEPHENSON WALLACE, TRUSTEE

