FILED

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

2004 DEC 27 A 9: 27
U.S. BANKRUPTCY COURT
AUGUSTA, GA

IN RE: § CASE NO: 04-13683

Jonathan Elliott § JUDGE:
Richard V. Elliott

DEBTOR(S) § REAFFIRMATION AGREEMENT

The undersigned hereby reaffirm(s), for valuable consideration, the following debt between the respective parties:

1) Debtor(s): Jonathan Elliott
   Richard V. Elliott
2) Creditor: Household Bank (sb), N.a.
3) Current Balance of Obligation: $7,102.97 at 0.00% Annual Percentage Rate
4) Account #:                0552
5) Monthly Payment: $150.97 until paid in full
6) Initial Payment due date: 03/20/2005

This reaffirmation agreement does not affect the remaining terms and conditions of the original agreement which is incorporated herein. The Debtor understands that this Agreement and the original agreement may be assigned by the Creditor to another party. The Debtor consents to such assignment. ALL PAYMENTS SHALL BE MADE TO BASS & ASSOCIATES, P.C., 3936 E. FT. LOWELL ROAD, STE. 200, TUCSON, AZ 85712; phone: (520) 577-1544. The parties agree that this agreement may be filed with the Court immediately after its execution.

**  NOTICE TO DEBTORS  **

THIS AGREEMENT IS VOLUNTARY. THE DEBTOR CONFIRMS THAT (S)HE HAS BEEN ADVISED THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NON BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH 11 U.S.C. SECTION 524(c).

THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THE FOREGOING AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF THE RESCISSION TO THE CREDITOR.

DEBTOR(S)

_____  12/14/04     BY: _____
            DATE                              Administrative Assistant
                                              Bass & Associates, P.C.

_____
            DATE

### DECLARATION OF ATTORNEY FOR DEBTOR(S)

The undersigned attorney at law, hereby declares that (s)he has represented the Debtor(s) during the course of negotiating an agreement under 11 U.S.C. § 524(c), and further states that (s)he fully advised the Debtor(s) of the legal effect and consequences of an agreement of the kind specified in 11 U.S.C. § 524(c); and fully advised the Debtor(s) of the legal effect and consequences of any default under such an agreement; and that said Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtor(s) and does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s).

_____
Angela Williams Seymour
Attorney for Debtor(s)



2

RE:  Jonathan Elliott
Case No.: 04-13683-JSD

## **DECLARTION OF COUNSEL FOR DEBTOR(S)**

The undersigned attorney at law, being counsel of record for the Debtor(s) in the above styled case, does hereby represent that the Reaffirmation Agreement as herein executed on the 14th day of December, 2004, and entered into between Debtor(s) and <u>HOUSEHOLD BANK</u>, a creditor in this case, has been executed by the Debtor(s) only after being fully advised of its legal effect and consequences and default there under pursuant to 11 U.S.C. § 524 and said Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtor(s).  Said Reaffirmation Agreement and the terms thereof do not impose an undue hardship on the Debtor(s) or any dependents of the Debtor(s).

Dated this __14__ day of __December__, 2004.

_____
Attorney for Debtor
Print Name: Angela Williams Seymour
Bar No.:       636505

James B. Duncan, III
& Associates, P.C.
Box Office Box 211003
Augusta, GA 30917-1003
(706) 868-1968