# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of:                                                     )                                          Chapter 7

JONATHAN ELLIOTT                       )      2005 JAN 12 A 9: 06   Case Number 04-13683-JSD

              Debtor(s)                   )      U.S. BANKRUPTCY COURT

## ORDER ON MOTION FOR RELIEF FROM STAY

MOVANT: American Honda Finance Corporation

SUBJECT PROPERTY: 2004 Acura RSX, VIN # JH4DC53064S017041

After notice and a hearing the motion is ordered:

☑ Granted

☐ Granted. The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Denied                ☐ Denied on an interim basis and a continued hearing assigned.

☐ Denied on condition that:

    ☐ The debtor shall make timely post-petition payments as required by the Chapter 13 plan.
    ☐ The debtor tender payments to the movant or take other action as follows:

_____

_____

_____

       IT IS FURTHER ORDERED

☐ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record or authorized representative may file an affidavit setting forth the default served upon debtor, debtor's attorney and the case trustee, and upon the expiration of ten (10) days without the filing of a counteraffidavit by the debtor disputing the fact of default or objection by the trustee, order may be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ Other provisions: _____

Dated: January 6, 2005                               _____
                                                                                    United States Bankruptcy Judge

By our signatures below we do hereby consent to the entry of the foregoing order:

_____       cc: Debtor Elliott                                _____
Attorney for Movant          Debtor's Atty. Seyden — Attorney for Respondent/Debtor          Trustee
                                       Creditor
                                       Creditor's Atty. Block-Overstreet
                                       Trustee Wallace
                                       U.S. Trustee    1-12-05