Form B18(Official Form 18)
(9/97)

**FILED BY THE COURT ON**
**January 24, 2005**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In Re:
JONATHAN ELLIOTT
  PO BOX 241
  SARDIS, GA 30456

Case Number: 04-13683-JSD

Chapter: 7

Debtor

Social Security No(s).:
Debtor: xxx-xx-8885

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** January 24, 2005

BY THE COURT

John S. Davis
United States Bankruptcy Judge

**SEE BACK SIDE OF THIS ORDER FOR IMPORTANT INFORMATION**